

BLANK ROME LLP
Attorneys for Plaintiffs
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
John D. Kimball
Jonas S. Zikas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
In the Matter of the Complaint :  10 CIV. 4820 (GA)
:
of :
:
MS "ANGELN" GMBH & CO. KG, and :
ANGELN SHIPPING COMPANY LTD., :
as Owner and Bareboat Charterer of the : **ORDER DIRECTING NOTICE**
M/V ANGELN, for : **TO ISSUE AND ENJOINING**
Exoneration from or Limitation of Liability : **SUITS AND DIRECTING**
: **FILING OF CLAIMS**
---------------------------------------------------------X

A Complaint having been filed herein on June 21, 2010 by MS "ANGELN" GMBH & CO. KG and ANGELN SHIPPING COMPANY LTD., as Owner and Bareboat Charterer of the M/V ANGELN, claiming the benefit of limitation of liability provided by 46 U.S.C. sections 30501 et seq., and the various statutes supplementary thereto and amendatory thereof, and also contesting the liability of plaintiffs for any and all losses, damages, and injuries incurred during or arising out of the M/V ANGELN's voyage commencing on or about February 19, 2010 from Port of Spain, Trinidad, bound for Vieux Fort, St. Lucia and other ports, as described in the Complaint herein, and said Complaint also stating the facts and circumstances upon which said exoneration from or limitation of liability are claimed; and upon reading and filing the Affidavit of John D.

Kimball as to the value of the M/V ANGELN and its pending freight, filed herein on June 21, 2010, and an interim stipulation for value executed by Assuranceforeningen SKULD (Gjensidig) in the sum of $8,300.00, with interest at the rate of 6% per annum from June 21, 2010, having been approved by the Court and filed herein on or about June 21, 2010, and it appearing that claims have been made or are about to be made against plaintiffs for losses, damages, injuries or destruction alleged to have occurred in consequence of events occurring during the voyage upon which the M/V ANGELN was then engaged:

NOW, upon motion of Blank Rome LLP, attorneys for plaintiffs, it is

ORDERED that a notice issue out of and under the seal of this Court, citing all persons asserting claims with respect to which the Complaint seeks exoneration or limitation and admonishing them to file their claims with the Clerk of this Court at the United States District Court, 500 Pearl Street, New York, New York 10007-1312, on or before 8|13, 2010, and to serve or mail to the attorneys for plaintiffs a copy thereof on or before the same date, or be defaulted, with liberty to any person claiming damages as aforesaid who shall have presented his claim to the Clerk of this Court to answer said Complaint and controvert any allegations made by plaintiffs therein; and it is further

ORDERED that public notice of said notice be given, as provided by Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, by publication of a notice in New York Law Journal, a newspaper published in New York, New York, once in each week for four (4)

successive weeks before the return date of said notice, and that plaintiffs not later than the day of the second publication shall mail a copy of said notice to every person known to have any claim against the vessel or plaintiffs, or to their attorneys, if known, and in cases of death, to the decedent at his last known address, if known, and also to any person who shall be known to have made any claim on account of such death; and it is further

ORDERED that the beginning or prosecution of any and all suits, actions or proceedings of any nature or description whatsoever against plaintiffs herein, and/or against the M/V ANGELN in any jurisdiction, except in the present proceeding, in respect of any claim arising out of, occasioned by, consequent upon or connected with the aforesaid voyage of the M/V ANGELN be, and they hereby are, stayed and/or enjoined and/or restrained until the hearing and determination of this proceeding; and it is further

ORDERED that service of this Order as a restraining Order be made within this District in the usual manner, or in any other District by a person authorized to serve process in such District, by delivering a copy of this Order to the person or persons to be restrained, or to his or her or their prospective proctors or attorneys.

Dated:    New York, New York
          June 28, 2010

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        HON. GEORGE B. DANIELS